IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>vs.<br><br>KENNETH BRINTON,<br><br>     Defendant. | 4:22MJ3012<br><br>**WAIVER** |

IT IS ORDERED:

The Defendant's waiver of detention is knowing, intelligent, and voluntary and is hereby accepted and approved.

The detention hearing set for this afternoon is cancelled.

February 1, 2022.

_____
United States Magistrate Judge